# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC<br><br>      Plaintiff(s),<br><br>v.<br><br>VAPE AND SMOKE INTERNATIONAL LLC, et al.<br><br>      Defendant(s). | CASE NO. 2:22−cv−08503−DSF−MAA<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 6/10/2024. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: May 10, 2024

       /s/ *Dale S. Fischer*
      Dale S. Fischer
      United States District Judge